# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **David Meyers,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:23-cv-00081-DCC-KFM |
| | ) | Related Case Number |
| vs. | ) | |
| | ) | |
| **Alexander Correctional Institute Wardens,** | ) | |
| **Peter Bucholtz,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2023 Order.

December 5, 2023

Katherine Hord Simon, Clerk
United States District Court